UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20094CR-GOLD

21 U.S.C. § 963

/ McALILEY

UNITED STATES OF AMERICA

v.

CARLOS ALBERTO ARTEAGA-TAPIA
and
OSMAN JOSE TOBIAS-RODRIGUEZ aka EL GATO,

Defendants.
_____/

FILED by _____ D.C.
FEB 19 2010
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S D of FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

From at least as early as in or about November 2009, and continuing until the date of this indictment, in the countries of Peru, South America and Guatemala, Central America, and elsewhere, the defendants,

**CARLOS ALBERTO ARTEAGA-TAPIA**
**and**
**OSMAN JOSE TOBIAS-RODRIGUEZ aka EL GATO,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury, to manufacture and distribute a controlled substance, in Schedule II, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959; all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B) it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

A TRUE BILL.

FOREPERSON

JEFFERY H. SLOMAN
UNITED STATES ATTORNEY

KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| CARLOS ALBERTO ARTEAGA-TAPIA and OSMAN JOSE TOBIAS-RODRIGUEZ aka EL GATO | |
| Defendants. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | | New Defendant(s) | Yes ____ | No ____ |
|---|---|---|---|---|---|---|
| _X_ | Miami | ____ | Key West | Number of New Defendants | ____ | |
| ____ | FTL | ____ | WPB   ____ FTP | Total number of counts | ____ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _Yes_
   List language and/or dialect   _Spanish_

4. This case will take _8_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                  (Check only one)

   | I | 0 to 5 days | ____ | Petty | ____ |
   |---|---|---|---|---|
   | II | 6 to 10 days | _X_ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | ____ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

_____
Karen E. Gilbert
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 771007

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: OSMAN JOSE TOBIAS-RODRIGUEZ aka EL GATO

**Case No**:

Count #: 1

Conspiracy to manufacture and distribute a controlled substance intending to import it into the United States.

21 U.S.C. § 963

**\* Max.Penalty**: Life imprisonment

Count #:

**\*Max. Penalty**:

Count #:

**\*Max. Penalty**:

Count #:

**\*Max. Penalty**:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: CARLOS ALBERTO ARTEAGA-TAPIA

Case No:

Count #: 1

Conspiracy to manufacture and distribute a controlled substance intending to import it into the United States.

21 U.S.C. § 963

*Max.Penalty: Life imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.